## State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

Decided and Entered:  July 28, 2016                  522251
_____

In the Matter of CURTIS STAYS,
                    Petitioner,

        v                              MEMORANDUM AND JUDGMENT

ANTHONY J. ANNUCCI, as Acting
    Commissioner of Corrections
    and Community Supervision,
                    Respondent.
_____


Calendar Date:  June 6, 2016

Before:  McCarthy, J.P., Rose, Lynch, Mulvey and Aarons, JJ.

                    _____


        Curtis Stays, Malone, petitioner pro se.

        Eric T. Schneiderman, Attorney General, Albany (Marcus J. Mastracco of counsel), for respondent.

                    _____


        Proceeding pursuant to CPLR article 78 (transferred to this court by order of the Supreme Court, entered in Albany County) to review a determination of respondent finding petitioner guilty of violating a prison disciplinary rule.

        Petitioner commenced this CPLR article 78 proceeding to challenge a tier III determination finding him guilty of violating a prison disciplinary rule.  The Attorney General has advised this Court that the determination has since been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the $5 mandatory surcharge was not charged to petitioner's inmate account.  In view of this, and given that petitioner has been granted all the relief to which he is entitled, the petition must be dismissed as moot (see Matter of Daum v Venettozzi, 136 AD3d

-2-                        522251

1096, 1096-1097 [2016]).  Contrary to his request, petitioner is not entitled to be restored to the status he enjoyed prior to the disciplinary determination (see Matter of West v Annucci, 134 AD3d 1379, 1380 [2015]).

McCarthy, J.P., Rose, Lynch, Mulvey and Aarons, JJ., concur.

ADJUDGED that the petition is dismissed, as moot, without costs.

ENTER:

Robert D. Mayberger
Clerk of the Court